# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AARON ANTOINE BURNETT

NO. 2024 KW 0720

**SEPTEMBER 10, 2024**

---

In Re:    Aaron Antoine Burnett, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2830-F-2023.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**
                        **AHP**
                        **TPS**

**Guidry, C.J.** concurs and would deny the writ on the showing made, as relator failed to include the affidavit in support of the search warrant and the search warrant at issue in the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT